STATE OF NEW JERSEY v. SALVATORE DEROSA.

February 28, 1978. Petition for certification denied.

CHARLES A. FICKEN v. DEPARTMENT OF CIVIL SERVICE, STATE OF NEW JERSEY.

February 28, 1978. Petition for certification denied.

MICHAEL J. SANNER v. FORD MOTOR COMPANY.

February 28, 1978. Petition for certification denied. (See 154 *N. J. Super.* 407)

IN THE MATTER OF THE 1976 HOSPITAL REIMBURSE-MENT RATE FOR WILLIAM B. KESSLER MEMORIAL HOSPITAL.

February 28, 1978. Petitions for certification granted. (See 154 *N. J. Super.* 147)

WILLIAM J. McCORMACK SAND DIVISION v. MAYOR & COUNCIL OF THE TWP. OF PLAINSBORO.

February 28, 1978. Petition for certification is dismissed as having been improvidently granted. (See 74 *N. J.* 263)